979 A.2d 844

**Jo Ann FONZONE, Petitioner**

v.

**Robert VOLPE, Volpe's Bar or Tavern, Respondent.**

**No. 117 MM 2009.**

Supreme Court of Pennsylvania.

Aug. 19, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 19th day of August, 2009, the "Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* " is **DENIED.**

---

979 A.2d 845

**Thomas S. WASHAM, Petitioner**

v.

**COMMON PLEAS COURT OF DELAWARE COUNTY,**
**Louis G. Stesis Assistant District Attorney, and**
**Court Clerk, Respondents.**

**No. 101 MM 2009.**

Supreme Court of Pennsylvania.

Aug. 19, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 19th day of August, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and the "Application for Oral Arguments of [sic] Motion for Mandamus" are **DENIED.**